UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-35-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| TODD MASON REID | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court upon the *ex parte* motion of Defendant Todd Mason Reid. [R. 59]. Upon the approval of both this Court and the Sixth Circuit Court of Appeals, the Defendant's *ex parte* motion shall be granted for the reasons stated in the Recommended Disposition of Magistrate Judge Hanly A. Ingram. [R. 67]. Accordingly, it is hereby

**ORDERED** as follows:

(1) The Recommended Disposition [R. 67] as to Todd Reid is **ADOPTED** as and for the Opinion of the Court; and

(2) The Defendant's *Ex Parte* Motion [R. 59] is **GRANTED**.

(3) The Clerk of Court shall file the signed Memorandum in the record under seal.

This 1st day of April, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge